UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH JAMES LINTZ, #889211,

       Petitioner,                             Case No. 18-cv-13053
                                                  Hon. Matthew F. Leitman

v.

WILLIS CHAPMAN,

       Respondent.
_____/

## **JUDGMENT**

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on March 25, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                                   DAVID J. WEAVER
                                                                   CLERK OF THE COURT

                                                                   By:  s/Holly A. Monda
                                                                   Deputy Clerk

Approved:

s/Matthew F. Leitman                             Dated: March 25, 2020
Matthew F. Leitman                                 Flint, Michigan
United States District Court